UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-7207-Civ-GRAHAM
MAGISTRATE JUDGE SORRENTINO

TIMOTHY BROWN,                    :

    Petitioner,              :

v.                                :    SUPPLEMENTAL ORDER
                                         TO SHOW CAUSE
HARRY K. SINGLETARY,              :

    Respondents.             :
_____

    Timothy Brown, a state prisoner confined at Avon Park Correctional Institution, has filed a <u>pro se</u> petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, attacking the constitutionality of his conviction of first degree murder following a jury trial.

    Brown raises the sole claim that the evidence was insufficient to sustain his conviction as a principal.

    On February 6, 1996, the state filed its response to the order to show cause, supported with only the briefs filed on direct appeal and the appellate court's opinion, in which the majority affirmed without opinion and Judge Pariente filed a written dissent, agreeing that the conviction should be reversed on the ground that the evidence of Brown's conscious intent was insufficient. [DE 7, Ex.1]



In the order to show cause, the state was specifically instructed in pertinent part to "file ... a transcript of the petitioner's trial." Obviously, this court cannot assess the merits of a claim concerning the sufficiency of the evidence presented at a jury trial without access to the transcript of the proceedings. It is also noted that the state's response contains citations to the record on direct appeal, which thus apparently is also pertinent to its position.

The state's argument that Brown's petition presents only a non-constitutional claim is without merit. Jackson v. Virginia, 443 U.S. 307 (1979); Smith v. White, 815 F.2d 1401 (11 Cir. 1987). Whereupon, it is

ORDERED AND ADJUDGED that the state shall file copies of the transcript of the petitioner's trial and record on direct appeal in this case on or before July 1, 1996.

DONE AND ORDERED at Miami, Florida, this 31 day of May, 1996.

                                                  UNITED STATES MAGISTRATE JUDGE

cc: Timothy Brown, pro se
    #901588 MB 1303
    Avon Park Correctional Institution
    P. O. Box 1100
    Avon Park, FL 33825-1100

Patricia Ann Ash
Assistant Attorney General
Department of Legal Affairs
1655 Palm Beach Lakes Blvd., #300
West Palm Beach, FL 33401-2299