UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 95-7207-CIV-GRAHAM
MAGISTRATE JUDEGE SORRENTINO

THIMOTHY BROWN,

    Petitioner,

vs.

HARRY K. SINGLETARY,

    Respondent.
_____/



FILED by ___ D.C.
JUN 27 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## RESPONSE TO SUPPLEMENTAL ORDER TO SHOW CAUSE

The State of Florida, through undersigned counsel, files copies of the transcript of Petitioner's trial and record on direct appeal pursuant to this Court's Order of May 31, 1996.

Respectfully submitted,

ROBERT A. BUTTERWORTH
Attorney General

PATRICIA ANN ASH
Assistant Attorney General
Florida Bar No.: 365629
1655 Palm Beach Lakes Boulevard
Suite 300
West Palm Beach, FL 33401-2299
(407) 688-7759

Case 0:95-cv-07207-DLG Document 9 Entered on FLSD Docket 07/02/1996 Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been forward to TIMOTHY BROWN, PRO SE, #901588 MB 1303, Avon Correctional Institution, P. O. Box 1100, Avon Park, FL 33825-1100, on June 25, 1996.

Of Counsel