UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-7207-Civ-GRAHAM
MAGISTRATE JUDGE SORRENTINO

TIMOTHY BROWN,                  :

      Petitioner,           :

v.                              :       <u>ORDER</u>

HARRY K. SINGLETARY,            :

      Respondent.           :
_____

This Cause is before the Court on the petitioner's motion for discovery and for a stay of the briefing schedule. [DE 23] Upon consideration, it is

ORDERED AND ADJUDGED as follows:

1. The petitioner's motion for a stay of the briefing schedule is GRANTED. The briefing schedule shall be re-set at a later date, pending resolution of the discovery process.

2. On or before September 29, 1997, the respondent shall file a response to the petitioner's requests for the issuance of subpoenas duces tecum for the state attorney's files in the cases of the petitioner and the co-perpetrator, for permission to depose the records custodian, and for an in camera review of any documents that have been removed from the files. The respondent shall address the petitioner's supporting factual assertions with as much specificity as possible.

3. Copies of this order are being faxed to counsel this date, to allow the respondent sufficient time to prepare his response and to submit it in a timely manner. The respondent is cautioned that an extension of the date specified herein shall be granted only in extreme circumstances.

DONE AND ORDERED at Miami, Florida this __19__ day of September, 1997.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Brenda G. Byrn
Federal Public Defender
150 West Flagler Street
Suite 1500
Miami, FL 33130
By fax: (954) 356-7556

Patricia Ann Ash
Assistant Attorney General
Department of Legal Affairs
1655 Palm Beach Lakes Blvd., #300
West Palm Beach, FL 33401-2299
By fax: (561) 688-7771