UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-7207-Civ-GRAHAM
MAGISTRATE JUDGE SORRENTINO

TIMOTHY BROWN,                      :

            Petitioner,             :

v.                                  :         ORDER

HARRY K. SINGLETARY,                :

            Respondents.            :
_____

    This Cause is before the Court on the Petitioner's Motion for
Subpoenas to State Attorney's Office and to Broward Sheriff's
Office. [DE 33]

    The petitioner seeks the issuance of a subpoena duces tecum to
the State Attorney's Office for all documents that were removed
from the file regarding this petitioner and his codefendant, Keith
King, prior to the public records review undertaken by petitioner's
counsel.

    The petitioner also seeks the issuance of a subpoena duces
tecum to the Broward Sheriff's Office for three boxes of materials
that were removed from the investigative file on the death of
Officer Behan during counsel's review of that file on October 15,
1997.  Upon consideration, it is

        ORDERED AND ADJUDGED as follows:

1.   The petitioner having shown good cause for his discovery request, as required by Rule 6 of the Rules Governing Section 2254 Proceedings, his motion for issuance of subpoenas [DE 33] is hereby GRANTED.

2.   Counsel for the petitioner shall see that the requested subpoenas are issued in compliance with Rule 45(a)(3) of the Federal Rules of Civil Procedure.

DONE AND ORDERED at Miami, Florida, this __17__ day of April, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Brenda G. Byrn
Assistant Federal Public Defender
150 West Flagler Street
Suite 1500
Miami, FL 33130
By fax: (954) 356-7556

Joseph Tringali
Assistant Attorney General
Department of Legal Affairs
1655 Palm Beach Lakes Blvd., #300
West Palm Beach, FL 33401-2299
By fax: (561) 688-7771

2