UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-7207-Civ-GRAHAM
MAGISTRATE JUDGE SORRENTINO

TIMOTHY BROWN,

    Petitioner,

v.

HARRY K. SINGLETARY,

    Respondents.

ORDER ON MOTION TO QUASH SUBPOENA

This Cause is before the Court on state attorney Michael J. Satz's Motion to Quash Subpoena, or in the Alternative, Objections to Subpoena. [DE 37] The petitioner has filed a response in opposition to the motion. [DE 38]

The court having considered the arguments of both parties, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED as follow:

1. The motion of Michael J. Satz to quash subpoenas [DE 37] is DENIED, for the reasons set forth in the petitioner's response.

2. The movant's objections to the subpoena are overruled.

3. The state attorney shall forthwith produce all documents removed from the files pertaining to the petitioner, Brown, and his codefendant, Keith King, prior to the public records review,

including but not limited to any and all inter-office and inter-agency memoranda and any and all documents reflecting the state attorney's mental impressions, conclusions, litigation strategy or legal theory.

DONE AND ORDERED at Miami, Florida, this 26 day of June, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Brenda G. Byrn
    Assistant Federal Public Defender
    150 West Flagler Street
    Suite 1500
    Miami, FL 33130
    By fax: (954) 356-7556

    Joseph Tringali
    Assistant Attorney General
    Department of Legal Affairs
    1655 Palm Beach Lakes Blvd., #300
    West Palm Beach, FL 33401-2299
    By fax: (561) 688-7771

    John P. Goshgarian, AAG
    Department of Legal Affairs
    Civil Litigation Division
    The 110 Tower, 10th Floor
    110 S.E. 6th Street
    Fort Lauderdale, FL 33301
    By fax: (954) 712-4706