UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 95-7207-CIV-GRAHAM

TIMOTHY BROWN,

    Plaintiff(s),

vs.                              ORDER

HARRY SINGLETARY,

    Defendant(s).
_____/



**THIS CAUSE** came before the Court upon Michael J. Satz's Motion For Stay Of Magistrate's Order On Motion To Quash Subpoena Pending Reconsideration By District Judge.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is DENIED. It has not been shown that the Magistrate Judge's Order is clearly erroneous or contrary to law.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of July, 1998.

                            DONALD L. GRAHAM
                            UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Sorrentino
     Douglas J. Glaid, Esq.
     Brenda G. Bryn, Esq.

