UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-7207-Civ-GRAHAM
MAGISTRATE JUDGE SORRENTINO

TIMOTHY BROWN,

        Petitioner,

v.                                    <u>ORDER</u>

HARRY K. SINGLETARY,

        Respondents.

FILED by __ D.C.
SEP 17 1998
CARLOS JUENAL
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

For the reasons stated in the report of the Magistrate Judge, and upon independent review of the file, it is

ORDERED AND ADJUDGED as follows:

1. The Attorney General's motion for permission to appeal under 28 U.S.C. §1292(b) [DE 48] is granted in part, to the extent that on or before one month from the date of this order, he may submit a reasonable amount of the material he believes is not subject to discovery *in camera*. Said material shall be accompanied by a statement summarizing in detail the material submitted and the specific legal objection(s) interposed as to each item submitted. Failure to submit materials in the manner and by the date specified shall render subject to immediate discovery all materials covered by the previously-issued subpoenas.

In all other respects, the Attorney General's motion for permission to appeal under 28 U.S.C. §1292(b) [DE 48] is denied.



2) The Attorney General's motion for stay pending appeal [DE 47] is denied, as moot.

3) The Attorney General's motion to stay this proceeding pending the outcome of his petition for writ of mandamus filed with the Eleventh Circuit Court of Appeals [DE 50] is dismissed, as moot.

4) On or before three weeks from the date of this order, the petitioner shall file an amended petition for §2254 relief, in accordance with his stated intention to add a claim concerning the voluntariness of his confession to his existing petition. The petition shall be subject to further amendment if future events so dictate.

DONE AND ORDERED at Miami, Florida, this 17th day of September, 1998.

UNITED STATES DISTRICT JUDGE

cc: Celia Terenzio, AAG
    Brenda G. Bryn, AFPD