UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 95-7207-CIV-GRAHAM

TIMOTHY BROWN,

    Petitioner,

vs.

HARRY K. SINGLETARY,

    Debtor,

_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

**THIS CAUSE** is before the court <u>sua sponte</u>. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Southern District of Florida, the above-captioned cause is hereby referred to **United States Magistrate Judge Charlene H. Sorrentino** for final disposition of Petitioner's Motion to Seal and Sealed Ex Parte Petition for Writ of Habeas Corpus Ad Testificandum, filed October 9, 1998.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of October, 1998.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Sorrentino
      Brenda G. Bryn, Esq.