UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TIMOTHY BROWN,

CASE NO. 95-7207-CV-GRAHAM

    Petitioner,

vs.

HARRY K. SINGLETARY,

**ORDER OF REFERRAL**

    Respondents.
_____/

JV-6 1998

Pursuant to 28, U.S.C. Section 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, the above captioned cause is hereby referred to United States Magistrate Judge **Charlene H. Sorrentino,** to take all necessary and proper action as required by law, with respect to Petitioner **Sealed** Ex-parte Motions.

Therefore, it is

ORDERED AND ADJUDGED that it is the responsibility of the parties in this case to note on **ALL MOTIONS AND SUBMISSIONS PERTAINING TO ANY OF THE ABOVE REFERENCED MATTERS SHALL CONTAIN THE NAME OF THE MAGISTRATE ASSIGNED** and an additional courtesy copy of all materials necessary to the resolution of the referred matter shall be directed to the Magistrate's chambers.

DONE AND ORDERED in chambers, at Miami Florida this 6th day of November, 1998.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Brenda Byrn, Esq., AFPD
        Magistrate Judge Sorrentino